**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 73 MAL 2022
                                  :
                    Respondent     :
                                  :     Petition for Allowance of Appeal
                                  :     from the Order of the Superior Court
          v.                      :
                                  :
                                  :
ANDRE DASAWN FULLER,              :
                                  :
                    Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.